UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph Purrazzella, Esq., 8706
Purrazzella and Purrazzella
PO Box 50
Toms River, New Jersey 08754
732-341-2222
Attorney for Debtors

Order Filed on March 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

James S. Warner and Maria L. Warner

Debtors

Case No.:   16-34163

Chapter:    13

Judge:      Kathryn Ferguson

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 21, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph Purrazzella, Esq._____, the applicant, is allowed a fee of $ _____100.00_____ for services rendered and expenses in the amount of $___0.00_____ for a total of $_____100.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*