Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−34163−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James S Warner | Maria L Warner |
| 4 Green Ridge Drive | 4 Green Ridge Drive |
| South Toms River, NJ 08757 | South Toms River, NJ 08757 |

Social Security No.:
  xxx−xx−7120                                xxx−xx−0316

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 26, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 26, 2017
JAN: ckk

                                                  Jeanne Naughton
                                                  Clerk

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                    Case No. 16-34163-KCF
James S Warner                                                            Chapter 13
Maria L Warner
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                  Page 1 of 3                  Date Rcvd: Jun 26, 2017
                              Form ID: 148                 Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2017.
db/jdb         +James S Warner,    Maria L Warner,   4 Green Ridge Drive,    South Toms River, NJ 08757-5115
516749879      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516559151      +Citco/Synchrony Bank,    PO Box 965022,   Orlando, FL 32896-5022
516559153       Costco Anywhere Visa by Citi,    PO Box 790046,   St. Louis, MO 63179-0046
516788684       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516559155      +Dept of Education,    PO Box 530210,   Atlanta, GA 30353-0210
516559157       Extra Points Visa Card Statement,    Card Services,   PO Box 13337,
                 Philadelphia, PA 19101-3337
516559158       Extra Points Visa Card Statement,    Card Services,   PO Box 13337,
                 Philadelphia, Pennsylvania 19101-3337
516559160      +FMA Alliance, Ltd,    12339 Cutten Road,   Houston, TX 77066-1807
516559161       Internal Revenue Service,    Special Procedures Branch, Bankruptcy Se,
                 Springfield, New Jersey 07081
516613737       JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 85038
516559163      +Kay Jewelers,    Customer Service, PO Box 3680,   Akron, Ohio 44309-3680
516559166      +Management Services Incorporated,    PO Box 1099,   Langhorne, PA 19047-6099
516746036      +Midland Funding LLC,    PO Box 2011,   Warren, MI 48090-2011
516559168      +Milestone Mastercard,    Bankcard Services,   PO Box  4477,    Beaverton, OR 97076-4401
516589886      +Navient Solutions, Inc. on behalf of,    Michigan Finance Authority,    P.O. Box 30047,
                 Lansing, MI 48909-7547
516559172      +Philip C. Gutworth, P.A.,    530 Rahway Ave.,   Woodbridge, NJ 07095-3484
516559173      +Phillips & Cohen Associates,    PO Box 5790,   Hauppauge, NY 11788-0164
516559175      +Raymour & Flanagan,    PO Box 130,   Liverpool, NY 13088-0130
516567501       Sterling Jewelers Inc.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
516559178      +TD Bank Easy Rewards,    PO Box 84037,   Columbus, Georgia 31908-4037
516781408      +TD Bank, N.A.,    PO Box 16029,   Lewiston, ME 04243-9507
516785429      +TD Bank, N.A.,    c/o Michael E. Blaine, Esq.,   30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
516559180      +TJX Rewards/Sycnrony Bank,    Bankruptcy Dept,   PO Box 965060,    Orlando, FL 32896-5060
516691688      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, TX 75001-9013
516623866      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516772891       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516559182       US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
                 Greenville, Texas 75403-5609
516559184       Wawa Credit Card,    PO Box 6139,   Sioux Falls, SD 57117-6139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 26 2017 22:23:38      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 26 2017 22:23:36      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516609064       EDI: GMACFS.COM Jun 26 2017 22:08:00      Ally Financial,   PO Box 130424,
                 Roseville MN 55113-0004
516559141      +EDI: GMACFS.COM Jun 26 2017 22:08:00      Ally Financial,   PO Box 380901,
                 Bloomington, Minnesota 55438-0901
516559142      +EDI: RMSC.COM Jun 26 2017 22:08:00      Amazon/Synchrony Bank,   Bankruptcy Department,
                 PO Box 965060,   Orlando, Florida 32896-5060
516559143       EDI: BANKAMER.COM Jun 26 2017 22:08:00      Bank of America,   P.O. Box 982235,
                 El Paso, Texas 79998-2235
516559144      +EDI: TSYS2.COM Jun 26 2017 22:08:00      Barclays - Rewards Mastercard,
                 Card Services, PO Box 8802,   Wilmington, Delaware 19899-8802
516559145      +EDI: TSYS2.COM Jun 26 2017 22:08:00      Barclays Bank Delaware,   700 Pride Crossing,
                 Newark, Delaware 19713-6102
516559146      +EDI: TSYS2.COM Jun 26 2017 22:08:00      Barclays Bank Delaware,   Card Services, PO Box 8802,
                 Wilmington, Delaware 19899-8802
516559147       E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 26 2017 22:24:19      Cabela’s Club,
                 WFB Visa Center, PO Box 82608,   Lincoln, Nebraska 68501-2608
516571233      +EDI: AISACG.COM Jun 26 2017 22:08:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,   P.O. Box 165028,   Irving, TX 75016-5028
516559148      +EDI: CAPONEAUTO.COM Jun 26 2017 22:08:00      Capital One Auto Finance,   PO Box 260848,
                 PO Box 260848,   Plano, TX 75026-0848
516592175      +EDI: AISACG.COM Jun 26 2017 22:08:00      Capital One Auto Finance,,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
516661629       EDI: CAPITALONE.COM Jun 26 2017 22:08:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
516559149      +EDI: CAPITALONE.COM Jun 26 2017 22:08:00      Capital One Bankruptcy,   POBox 30285,
                 Salt Lake City, Utah 84130-0285
516766485      +E-mail/Text: bankruptcy@cavps.com Jun 26 2017 22:23:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Jun 26, 2017
                              Form ID: 148             Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516559150      +EDI: CAUT.COM Jun 26 2017 22:08:00      Chase Auto Finance,    PO Box 901076,
                 Fort Worth, Texas 76101-2076
516780320      +EDI: CITICORP.COM Jun 26 2017 22:08:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
516559152       EDI: WFNNB.COM Jun 26 2017 22:08:00      Comenity/LOFT,   PO Box 182125,
                 Columbus, Ohio 43218-2125
516559154      +EDI: RCSFNBMARIN.COM Jun 26 2017 22:08:00      Credit One Bank,   PO Box 98873,
                 Las Vegas, Nevada 89193-8873
516559156       EDI: DISCOVER.COM Jun 26 2017 22:08:00      Discover,   PO Box 30943,
                 Salt Lake City, Utah 84130
516568401       EDI: DISCOVER.COM Jun 26 2017 22:08:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516559159      +EDI: AMINFOFP.COM Jun 26 2017 22:08:00      First Premier Bank,   601 S Minnesota Ave,
                 Sioux Falls, South Dakota 57104-4868
516559162       EDI: RMSC.COM Jun 26 2017 22:08:00      JCP/Sychrony Bank,   Bankruptcy Department,
                 PO Box 965060,   Orlando, Florida 32896-5060
516648480       EDI: RESURGENT.COM Jun 26 2017 22:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516559164      +EDI: RMSC.COM Jun 26 2017 22:08:00      Lowes Synchrony Bank,    Bankruptcy Dept,   PO Box 965060,
                 Orlando, Florida 32896-5060
516648265       EDI: MERRICKBANK.COM Jun 26 2017 22:08:00      MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
516559165      +EDI: TSYS2.COM Jun 26 2017 22:08:00      Macys,   9111 Duke Blvd,   Mason, Ohio 45040-8999
516559167      +EDI: MERRICKBANK.COM Jun 26 2017 22:08:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage, New York 11804-9001
516559169      +EDI: NAVIENTFKASMSERV.COM Jun 26 2017 22:08:00      Navient,   PO Box 9500,
                 Wilkes Barre, Pennsylvania 18773-9500
516559170      +E-mail/Text: bnc@nordstrom.com Jun 26 2017 22:23:13      Nordstrom,   P.O. Box 6555,
                 Englewood, Colorado 80155-6555
516802119      +EDI: JEFFERSONCAP.COM Jun 26 2017 22:08:00      Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516819792       EDI: PRA.COM Jun 26 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
516817960       EDI: PRA.COM Jun 26 2017 22:08:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
516819751       EDI: PRA.COM Jun 26 2017 22:08:00      Portfolio Recovery Associates, LLC,
                 c/o NFL Extra Points,    POB 41067,   Norfolk VA 23541
516819794       EDI: PRA.COM Jun 26 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Orchard Bank,
                 POB 41067,   Norfolk VA 23541
516559171      +EDI: RMSC.COM Jun 26 2017 22:08:00      Pay Pal/Synchrony Bank,   Bankruptcy Department,
                 PO Box 965060,   Orlando, FL 32896-5060
516790182      +EDI: JEFFERSONCAP.COM Jun 26 2017 22:08:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
516651687       EDI: Q3G.COM Jun 26 2017 22:08:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516634632       EDI: Q3G.COM Jun 26 2017 22:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516559174      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 26 2017 22:23:53      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, Michigan 48226-1906
516628757      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 26 2017 22:23:53      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
516559176       EDI: RMSC.COM Jun 26 2017 22:08:00      Sleepys/Synchrony Bank,    Bankruptcy Dept,
                 PO Box 965061,   Orlando, FL 32896-5061
516768700      +EDI: RMSC.COM Jun 26 2017 22:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516778534      +E-mail/Text: bncmail@w-legal.com Jun 26 2017 22:23:44      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516559179      +EDI: TDBANKNORTH.COM Jun 26 2017 22:08:00      TD Bank, NA,   PO Box 84037,
                 Columbus, Georgia 31908-4037
516559177       EDI: WTRRNBANK.COM Jun 26 2017 22:08:00      Target National Bank,
                 C/O: Target Credit Services, PO Box 1581,    Minneapolis, Minnesota 55440-1581
516559181      +EDI: RMSC.COM Jun 26 2017 22:08:00      Toys R Us/Synchrony Bank,    Bankruptcy Dept,
                 PO Box 965060,   Orlando, Florida 32896-5060
516559183      +EDI: RMSC.COM Jun 26 2017 22:08:00      Walmart/Synchrony Bank,    Bankruptcy Department,
                 PO Box 965060,   Orlando, Florida 32896-5060
516559185      +EDI: WFFC.COM Jun 26 2017 22:08:00      Wells  Fargo Financial National Bank,
                 800 Walnut Street, F4030-04C,    Des Moines, Iowa 50309-3891
516759653       EDI: WFFC.COM Jun 26 2017 22:08:00      Wells Fargo Bank, N.A.,   PO Box 10438,
                 Des Moines, IA 50306-0438
516803069      +E-mail/Text: WFB.Bankruptcy@cabelas.com Jun 26 2017 22:24:19
                 World’s Foremost Bank-Cabela’s Club Visa,   P.O. Box 82609,    Lincoln, NE 68501-2609
                                                                                                TOTAL: 52

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Jun 26, 2017
                              Form ID: 148             Total Noticed: 81
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph   Purrazzella    on behalf of Joint Debtor Maria L Warner joseph@purrlaw.com,
           joep1897@comcast.net
          Joseph   Purrazzella    on behalf of Debtor James S Warner joseph@purrlaw.com,  joep1897@comcast.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```