| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |
| In re: |
| James S Warner |
| Maria L Warner |

Order Filed on June 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-34163 / KCF

Hearing Date: June 14, 2017

Judge:  Kathryn C. Ferguson

# ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: June 26, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
James S Warner  
Maria L Warner  
    Debtors

Case No. 16-34163-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2017  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2017.  
db/jdb       +James S Warner,    Maria L Warner,    4 Green Ridge Drive,    South Toms River, NJ 08757-5115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2017 at the address(es) listed below:

         Albert    Russo     docs@russotrustee.com  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joseph   Purrazzella    on behalf of Joint Debtor Maria L Warner joseph@purrlaw.com, joep1897@comcast.net  
         Joseph   Purrazzella    on behalf of Debtor James S Warner joseph@purrlaw.com, joep1897@comcast.net  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6